U.S. COURTS

DEC 04 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

MERSADES SEWARD,

    Plaintiff,

v.

ADA COUNTY; ADA COUNTY SHERIFF'S OFFICE;
SHELLY BARNEY, individually; BEN LEE, individually;
and DOES 1-5, unknown individuals,

    Defendants.

Case No. _____

---

APPLICATION TO PROCEED IN FORMA PAUPERIS (28 U.S.C. § 1915)

---

Plaintiff Mersades Seward, by and through herself, pro se, respectfully submits this Application to Proceed in Forma Pauperis and states as follows:

I. LEGAL BASIS

1. Pursuant to 28 U.S.C. § 1915(a), any person who is unable to pay or give security for the costs of any civil action may proceed without prepayment of fees or costs upon filing an affidavit stating the reasons for the inability to pay.

2. Plaintiff lacks financial resources to pay the filing fee and costs associated with this civil rights action and respectfully requests that this Court waive the payment requirements to allow her to proceed in forma pauperis.

II. FINANCIAL CIRCUMSTANCES

3. Plaintiff is currently unemployed and has no regular source of income.

4. As a result of her unlawful detention in Ada County Jail from June 1 to June 7, 2023, Plaintiff lost her employment and has been unable to secure replacement employment.

5. Plaintiff has no savings, investments, or other liquid assets.

6. Plaintiff has no property of significant value that could be liquidated to pay court costs.

7. Plaintiff is responsible for basic living expenses, including rent, utilities, food, and transportation, which consume any limited resources she may receive.

8. Plaintiff has no dependents, but her financial situation is dire and deteriorating.

9. Plaintiff is currently living at 3255 E Greenhurst Rd Apt C104, Nampa, Idaho 83686, and is struggling to meet basic necessities.

10. Plaintiff cannot afford to pay the $500.00 federal court filing fee or any associated court costs without causing severe hardship to her ability to obtain food, shelter, and basic necessities.

III. GOOD FAITH BASIS FOR THE CLAIM

11. The allegations in Plaintiff's Civil Rights Complaint are based on actual

events that occurred on June 1-7, 2023.

12. Plaintiff has direct personal knowledge of her own unlawful detention, the circumstances surrounding her seizure, and the constitutional violations that resulted.

13. Plaintiff's probation officer, Dason Laseter, has confirmed that Plaintiff was in full compliance with all probation conditions and was never found in violation or charged with any offense.

14. Plaintiff's detention was not supported by probable cause, a valid warrant issued by a neutral judicial officer, or any lawful legal basis.

15. The constitutional violations alleged in the Complaint are not frivolous and are supported by well-established law regarding Fourth and Fourteenth Amendment protections.

16. Plaintiff has a good faith basis for believing that her rights were violated and that she is entitled to relief under 42 U.S.C. § 1983.

IV. CONCLUSION

17. Plaintiff respectfully requests that this Court grant her Application to Proceed in Forma Pauperis, thereby waiving the requirement to pay the filing fee and allowing this action to proceed without prepayment of costs.

18. Plaintiff further requests that the Court authorize the United States Marshal Service or court personnel to effect service of process on Defendants without requiring payment of service fees.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant this Application to Proceed in Forma Pauperis;

2. Waive the $500.00 filing fee required for civil actions in this Court;

3. Authorize service of process without prepayment of service fees;

4. Allow Plaintiff to proceed with her Civil Rights Complaint at no cost; and

5. Grant such other and further relief as this Court deems just and proper.

---

RESPECTFULLY SUBMITTED,

This ~~23rd~~ 2nd day of ~~November~~ December, 2025.

*/s/ Mersades Seward/*
Mersades Seward, Pro Se
3255 E Greenhurst Rd Apt C104
Nampa, Idaho 83686
Phone: (208) 295-7898


DECLARATION UNDER PENALTY OF PERJURY

I, Mersades Seward, declare under penalty of perjury under the laws of the United

States and the State of Idaho that the foregoing statements regarding my financial situation and inability to pay court costs are true and correct. I understand that any false statements herein are subject to criminal prosecution under 18 U.S.C. § 1621.

Executed on this ~~23rd~~ 2nd day of ~~November~~ December, 2025, in Nampa, Idaho.

*/s/ Mersades Seward*
Mersades Seward