UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MERSADES SEWARD,<br><br>                    Plaintiff,<br><br>v.<br><br>ADA COUNTY; ADA COUNTY SHERIFF'S OFFICE; SHELLEY BARNEY, an individual; BEN LEE, and individual; and DOES I-V, unknown individuals,<br><br>                    Defendants. | Case No. 1:25-cv-00683 DCN<br><br>**ORDER** |

On December 4, 2025, Seward filed her Complaint (Dkt. 2) and Application to Proceed In Forma Pauperis (Dkt. 1).

On April 2, 2026, the Court found Seward's Complaint contained sufficient allegations to clear the threshold pleading bar. Dkt. 4, at 3–4. That said, because Seward's Application to Proceed In Forma Pauperis did not conclusively establish her indigency, the Court requested supplemental information. *Id*. at 2.

Seward filed a supplement which more clearly outlines her financial situation. Dkt. 5. It is clear Seward's expenses exceed her income, and she does not have sufficient funds to pay the filing fee without forgoing the necessities of life. Accordingly, the Court GRANTS Seward's Application to Proceed In Forma Pauperis and will waive the filing fee in this case.

Having so found, pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, the Court is now required to serve Seward's Complaint.

ORDER - 1

**IT IS HEREBY ORDERED THAT:**

1. Seward's Application to Proceed In Forma Pauperis (Dkt. 1) is GRANTED.

2. The Clerk of the Court shall forward a copy of the Complaint (Dkt. 2), the Court's prior Order (Dkt. 4), this Order (Dkt. 6), and a Waiver of Service of Summons to each defendant at the following address:

   Ada County
   Civil Division
   200 W Front St Boise ID 83702

3. The Court will allow each defendant to waive service of summons by executing, or having their counsel execute, the Waiver of Service of Summons as provided by Fed. R. Civ. P. 4(d) and returning it to the Court within thirty (30) days. If defendants choose to return the Waiver of Service of Summons, the answer or pre-answer motion shall be due in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(ii).

4. If Seward receives notice indicating service will not be waived, she shall have an additional thirty (30) days from the date of such notice to file a notice of physical service, in which case the Court will require its officers to effect service. If Seward fails to file such notice, her claims may be dismissed without prejudice and without further notice.

DATED: April 24, 2026

David C. Nye
U.S. District Court Judge

ORDER - 2